David E. McCraw, Esq.
D. Victoria Baranetsky, Esq.
The New York Times Company
Legal Department
620 Eighth Ave.
New York, NY 10018
Phone: (212) 556-4031
Facsimile: (212) 556-1009
Email: mccraw@nytimes.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

THE NEW YORK TIMES and MICHAEL          :
SCHMIDT,                                :
                                        :
                    Plaintiffs,         :
                                        :          14 Civ. 328 (KPF)
                                        :
                                        :
              - against -               :
                                        :
UNITED STATES DEPARTMENT OF JUSTICE,    :
                                        :
                    Defendant.          :
——————————————————————— x

### PLAINTIFFS' NOTICE OF
### CROSS-MOTION FOR
### SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon Plaintiffs' Memorandum of Law in Support of their

Cross-Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary

Judgment; the Declaration of David E. McCraw, dated July 2, 2014; and all prior papers and

proceedings in this action, Plaintiffs shall move this Court at such time and date as set by the

Court for an order (i) granting Plaintiffs' cross-motion for summary judgment or, in the

alternative, ordering *in camera* review of the documents at issue; (ii) awarding Plaintiffs the

costs of this proceeding, including reasonable attorney's fee, as expressly permitted by the

Freedom of Information Act; and (iii) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, by an Order of the Court, dated May 27, 2014, Defendant's responsive and reply brief is due July 16, 2014; Plaintiffs' reply brief is due July 28, 2014; and Defendant's sur-reply is due August 4, 2014.

Dated: New York, NY
July 2, 2014

Respectfully submitted,

By: _s/ David E. McCraw_____
David E. McCraw
D. Victoria Baranetsky
Legal Department
The New York Times Company
620 8th Avenue - 18th Floor
New York, NY 10018
phone: (212) 556-4031
fax: (212) 556-1009
e-mail: mccrad@nytimes.com
Counsel for Plaintiffs

To:

Carina H. Schoenberger
Assistant U.S. Attorney
U.S. Attorney's Office for the
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007

AUSA for Defendant

(via ECF)