```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
   THE NEW YORK TIMES, et al.,                        :
                                                      :
                              Plaintiffs,             :    14 Civ. 328 (KPF)
                  v.                                  :
                                                      :           ORDER
   UNITED STATES DEPARTMENT OF                        :
   JUSTICE,                                           :
                                                      :
                              Defendant.              :
------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: December 29, 2014

KATHERINE POLK FAILLA, District Judge:

    Having reviewed the parties' submissions in support of and in opposition to their respective motions for summary judgment, the Court has determined that an *in camera* review of the disputed documents is appropriate. Defendant is hereby ORDERED to produce the six documents at issue (Items 1-6) in their unredacted form to the Court for *in camera* review on or before **January 9, 2015**.

    SO ORDERED.

Dated:   December 29, 2014
             New York, New York

                                                         KATHERINE POLK FAILLA
                                                         United States District Judge